**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SABASTIAN VEGA LORENTE,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 24-3215

Agency No.
A022-392-553

MEMORANDUM[*]

On Petition for Review of an Order of an
Immigration Judge

Submitted March 17, 2025 [**]

Before: CANBY, R. NELSON, and FORREST, Circuit Judges.

Sabastian Vega Lorente, a native and citizen of Nicaragua, petitions pro se

for review of an immigration judge's ("IJ's") order affirming an asylum officer's

negative reasonable fear determination. We have jurisdiction under 8 U.S.C.

§ 1252. We review for substantial evidence an IJ's negative reasonable fear

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

determination. *Orozco-Lopez v. Garland*, 11 F.4th 764, 774 (9th Cir. 2021). We deny the petition for review.

Substantial evidence supports the IJ's determination that Vega Lorente failed to show a reasonable possibility that the harm he fears would be on account of a protected ground. *See Bartolome v. Sessions*, 904 F.3d 803, 814 (9th Cir. 2018) (no basis for withholding of removal where petitioner did not show a nexus to a protected ground).

Substantial evidence also supports the agency's determination that Vega Lorente failed to show a reasonable possibility of torture by or with the consent or acquiescence of the government if returned to Nicaragua. *See Andrade-Garcia v. Lynch*, 828 F.3d 829, 836-37 (9th Cir. 2016) (petitioner failed to demonstrate government acquiescence sufficient to establish a reasonable possibility of future torture); *Wakkary v. Holder*, 558 F.3d 1049, 1067-68 (9th Cir. 2009) (no likelihood of torture).

The temporary stay of removal remains in place until the mandate issues.

**PETITION FOR REVIEW DENIED.**